# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BLUEFIELD DIVISION

| | |
|---|---|
| TANYA WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:10-1194 |
| vs. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. and ) | |
| PALISADES COLLECTION, LLC, ) | **STIPULATION OF DISMISSAL** |
| ) | |
| Defendants. ) | |

Now come the Plaintiff, TANYA WOODS, and the Defendants, NCO FINANCIAL SYSTEMS, INC. and PALISADES COLLECTION, LLC, and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

/s/ David B. Levin
David B. Levin (0059340)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
 (866) 551-7791 (facsimile)
david@luxenburglevin.com

/s/ Albert C. Dunn, Jr.
Albert C. Dunn, Jr. (WVSB #5670)
Attorney for Defendants
Allen, Kopet & Associates
P.O. Box 3029
Charleston, WV 25331
(304) 342-4567
adunn@allen-kopet.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 13, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              /s/ David B. Levin
                                              David B. Levin (0059340)
                                              Attorney for Plaintiff
                                              Luxenburg & Levin, LLC
                                              23875 Commerce Park
                                              Suite 105
                                              Beachwood, OH 44122
                                              (888) 493-0770, ext. 302 (phone)
                                              (866) 551-7791 (facsimile)
                                              david@luxenburglevin.com